UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAHRID DAWKINS,<br>KADIN WEST,<br>  a/k/a "Kay Backends," and<br>MILAN WRIGHT,<br>  a/k/a "BabyyThreat,"<br><br>                    Defendants. | **Unsealing Order**<br><br>**26 Cr. 215** |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Patrick R. Moroney;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
          May 28, 2026

HONORABLE BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK