EBANKS LAW FIRM, PLLC
20 Vesey Street, Suite 500
New York, NY 10007
Tel. (212) 766-4434
Fax (212) 766-5899
Attorney for Defendant:  Jahrid Dawkins

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

          v.

Jahrid Dawkins         ,

**NOTICE OF APPEARANCE**

**Case NO.:  26 Cr. 215**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Jahrid Dawkins.

      I certify it is my understanding that, as an admitted attorney in good standing in the Southern District of New York, I am deemed admitted to practice in this court on criminal matters.

      Kindly address all communications to this office.

Dated: New York, New York
      May 28th, 2026

                                      Attorney for Defendant,

                        By:  _____
                           ALBERTO A. EBANKS, ESQ.
                           BAR NO.:  AE 4210