UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

JAHRID DAWKINS, KADIN WEST, and
MILAN WRIGHT,

Defendants.

26 Cr. 215 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for Defendants' arraignment and the initial pretrial conference on **June 16, 2026**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Pursuant to the Court's discussion with the parties — understanding that the Government wishes to exclude time and obtaining the consent of all three Defendants — time is excluded under the Speedy Trial Act between May 29, 2026, and June 16, 2026. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial because it will permit the parties to discuss a schedule for the production of discovery and a potential pretrial resolution of this matter.

SO ORDERED.

Dated:    May 29, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge