UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>UNITED STATES OF AMERICA<br><br>-v.-<br><br>JAHRID DAWKINS, KADIN WEST, and MILAN WRIGHT,<br><br>                      Defendants.</td><td>26 Cr. 215 (KPF)<br><br>**ORDER**</td></tr>
</table>

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for the next pretrial conference on **September 30, 2026**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Time is excluded under the Speedy Trial Act between June 16, 2026, and September 30, 2026. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial because it will permit the parties to review discovery and discuss a potential pretrial resolution in this matter.

SO ORDERED.

Dated:     June 16, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge