AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cr-00215-KPF |
| Jahrid Dawkins et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                      .

Date:      06/24/2026                                                    /s/
                                                                    *Attorney's signature*

                                                              Robert S. Ruff
                                                        *Printed name and bar number*

                                                    United States Attorney's Office
                                                    26 Federal Plaza, 37th Floor
                                                    New York, NY 10278

                                                              *Address*

                                                       robert.ruff@usdoj.gov
                                                          *E-mail address*

                                                         (212) 637-2522
                                                       *Telephone number*

                                                         *FAX number*