**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 19, 2026

**BY ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re: *United States v. Dawkins, et al.*, 26 Cr. 215 (KPF)**

Dear Judge Failla:

Consistent with the parties' discussions with Chambers, the parties respectfully request that the status conference scheduled for today, November 19, 2026, be adjourned. The parties have conferred and respectfully request that the Court set the next conference for the first week of February 2027.

If the Court grants this request, the Government further requests that the Court exclude time under the Speedy Trial Act through the date of the rescheduled conference. Counsel for defendants Wright and West consent to the exclusion of Speedy Trial time. The ends of justice served by excluding Speedy Trial Act time outweigh the public and defendants' interests in a speedy trial, because the adjournment will give the defense additional time to review discovery, and will also give the parties additional time to continue their discussions about potential pretrial resolutions. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: __/s/___________________________
Patrick R. Moroney
Robert S. Ruff
Joe Zabel
Assistant United States Attorneys
(212) 637-2330 / -2522 / -1559

cc (by ECF): All counsel of record

Application GRANTED. The conference previously scheduled for November 19, 2026, at 2:30 p.m., is hereby ADJOURNED to **February 2, 2027, at 3:30 p.m.**

The Court excludes time under the Speedy Trial Act through February 2, 2027. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public, Mr. West, and Ms. Wright in a speedy trial for the reasons stated in the Government's above letter.

The Clerk of Court is directed to terminate the motion at docket entry 39.

Dated: November 19, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE